**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GEORGE RICHARDSON,**

    **Plaintiff,**

vs.                                                             **CASE NO. 4:04CV334-SPM/AK**

**JANE MIKLO, et al,**

    **Defendants.**

    _____/

**REPORT AND RECOMMENDATION**

In an order dated December 8, 2004, Plaintiff was directed to file an amended complaint on or before January 17, 2005. (Doc. 6). When no amended complaint had been filed, an order to show cause was entered on February 1, 2005, requesting that Plaintiff respond on or before February 21, 2005. (Doc. 4). As of this date, there has been no response to the show cause order.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with an order of this Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **15th** day of April, 2005.

        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:04cv334-SPM/AK