IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE RICHARDSON,**

    Plaintiff,

vs.                                                                                                 4:04-CV-334-SPM

**JANE MIKLO,** *et al.***,**

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) dated April 15, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2. This case is *dismissed* without prejudice.

**DONE AND ORDERED** this sixth day of June, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao

4:04-CV-334-SPM/AK